AO 91 (Rev. 08/09)  Criminal Complaint



# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CARL DALE FULLER | ) | Case No. 11-8216-LRJ |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2005 through August 2008__ in the county of __Highlands County__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C., Section 1341 | Mail Fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Richard Miller, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __6-9-11__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__        Linnea R. Johnson, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Richard A. Miller, being duly sworn, depose and say that:

1. I have been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) for approximately seven (7) years. I am currently assigned to the Fort Pierce Resident Agency (FPRA) of the Miami Division, where I am charged with investigating violations of federal law, to include matters related to frauds and swindles which are offenses in violation of Title 18 United States Code, Sections 1341. As a federal agent, I am authorized to investigate violations of United States laws, and to execute warrants issued under the authority of the United States.

2. This affidavit is being submitted in support of an Application for an Arrest Warrant for Carl Delmas FULLER also known as Dale FULLER for violations of Title 18, United States Code, Section 1341, entitled "Frauds and swindles". This affidavit is based upon my own knowledge and upon facts and knowledge conveyed to me by other federal agents and state regulatory and law enforcement officers.

3. The facts and information contained in this affidavit are based on my knowledge and observations and information received from the Florida Department of Financial Services, Fraud Division, Major Case Squad and the Homeland Security Investigations Office in Tampa, Florida. In addition, information was also received from witnesses and subpoenas of relevant bank records and documents. I have also drawn on my experience and training and the knowledge and training of other law enforcement officers.

4. This affidavit sets forth probable cause to believe that from approximately March 2005 through approximately August 2008, Carl D. FULLER fraudulently represented himself to be David WALTERS who claimed to be an insurance agent and owner of Southeast Services, Inc. In this capacity, FULLER caused numerous items to be sent via Federal Express from Avon Park, Florida

1

in the Southern District of Florida to Myrtle Beach, South Carolina in violation of Title 18, United States Code, Section 1341.

5. This affidavit is being submitted for the limited purpose of establishing probable cause that Carl D. FULLER a/k/a Dale FULLER has engaged in the activities in violation Title 18, United States Code, Section 1341. I have not included each and every fact known to me concerning this investigation.

## APPLICABLE LAW

6. Title 18, United States Code, Section 1341, entitled "Frauds and swindles" provides, in pertinent part:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell,...., for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier...shall be fined under this title or imprisoned not more than 20 years, or both.

## BACKGROUND

7. National Employer Services (NES) is a Florida corporation located in Avon Park, Florida, Southern District of Florida. NES functions as a Professional Employer Organization (PEO) which is a provider of cost effective services for other businesses which outsource employee benefits, payroll, workers compensation and other human resource related functions. NES is required to obtain and maintain workers compensation coverage for all employees under Florida statute 440.10(g). PEOs, by nature of their multiple and changing classes of clientele, are considered extremely difficult to underwrite, and the number of companies willing to write this coverage is extremely limited.

8. In early 2005, NES was notified that it's worker compensation policy was being cancelled. NES secured the services of Al Brown, a insurance broker located in Charlotte, North Carolina, to

2

assist in locating an insurance carrier willing to underwrite a policy. Interviews of Al Brown revealed that he contacted Dale FULLER, who Brown believed to operate a PEO in North Carolina. FULLER referred Brown to David WALTERS who operated Southeast Services. Brown advised that he never personally dealt with WALTERS and always went through FULLER.

9. Brown, in turn, connected NES to WALTERS. In approximately May 2005, NES secured a workers compensation policy with Southeast Services with WALTERS being the representative for Southeast Services. NES sent a deposit of $130,000 to Brown who, in turn, advised that he forwarded to Southeast Services. NES then sent regular premiums in the form of checks sent via Federal Express to 9654 North Kings Highway, Office 317, Myrtle Beach, South Carolina. In total, NES sent Southeast Services $2,716.537 in for workers compensation coverage. In return, Southeast Services sent NES certificates of insurance (proof of workers compensation coverage) via emails and fax. These certificates of insurance provided by Southeast Services, indicated that workers compensation coverage was in place with Association Casualty Insurance Company. Representative of Association Casualty Insurance Company have affirmed that they have no relationship with Carl D. FULLER, David WALTERS or Southeast Services. They further affirm that they do not, nor have they ever, provided coverage for NES and have never received any monetary consideration from any of these entities. Furthermore, the policy numbers represented on the certificate do not match any of the policy number series used by Association Casualty Insurance Company. On or about August 28, 2008 NES was notified that one of the employees of its client companies was seriously injured on the job and that Southeast Services had failed to pay any of the related claims. Repeated attempts to contact WALTERS via email, fax and telephone were unsuccessful. A complaint filed with the Florida Department of Financial Services, Consumer Services Division, determined that NES was in violation of Florida statute 440.10(g) for not having a valid workers compensation policy for the last three years.

10. Copies of NES' negotiated checks to Southeast Services were secured and a financial analysis was conducted on the bank account where they were deposited. That account was with Crescent Bank in North Carolina and opened in the name of The Honorable Company, LLC dba Southeast Services, located at 9654 North Kings Highway, Office 317, Myrtle Beach, NC 29572.

3

While the application states North Carolina, this zip code and location is actually in South Carolina and is the same address where NES sent its premium checks. The account's sole signatory is C. Dale FULLER, with the same date of birth and social security number as Fuller's. The analysis revealed that at least $437,852 was disbursed to pay what appear to be workers compensation related claims. The remaining disbursements consisted of cash withdrawals, transfers to other bank accounts controlled by FULLER, real estate related expenses, personal expenses and other expenditures which do not appear to be related to workers compensation. There were no payments to David WALTERS or Association Casualty Insurance Company. In addition, personnel at Crescent Bank identified FULLER in a photo lineup as regularly banking there.

11.     The location for The Honorable Company d/b/a Southeast Services at 9654 North Kings Highway, Office 317, Myrtle Beach, NC 29572 is actually a mail drop box located at The UPS store at this location. A Federal Grand Jury Subpoena was served at this business for all records relating to Box 317. The application for the box was completed by Carl D. FULLER doing business as Southeast Services. Attached to the application was a copy of Carl D. FULLER's North Carolina drivers license and a registration card for a 1998 Mercedes registered in his name. In addition, personnel at The UPS Store identified FULLER in a photo lineup as regularly picking up mail at the location.

12.     Your affiant personally interviewed FULLER at his residence in North Carolina on June 3, 2011. FULLER denied any involvement in these scheme and directed all blame to WALTERS, who he has not had contact with for several years. FULLER could not explain why the banking activity and drop box was traced directly to him. FULLER was also not able to explain why the FBI received complaints about him in 2003 from businesses in New Jersey and New Mexico for similar activity. To date, FULLER has not cooperated in this investigation.

## CONCLUSION

13. From May 2005 through August 2008, Carl D. FULLER utilizing the alias of David WALTERS and the business front of Southeast Services, caused NES to use Federal Express to send premium checks to Southeast Services located in Avon Park, Florida, in the Southern District of Florida to Myrtle Beach, South Carolina. FULLER provided fraudulent certificates of insurance to NES and paid at least $437,852 in workers compensation claims to perpetuate the fraud. Based on the facts as stated in this document, there is probable cause to believe that Carl D. FULLER aka Dale FULLER engaged in criminal activity in violation of Title 18, United States Code, Section 1341. Therefore, your affiant respectfully requests that the Court issue an arrest warrant for Carl D. FULLER.

_____
RICHARD A. MILLER
SPECIAL AGENT, FBI
FORT PIERCE, FLORIDA


SWORN TO BEFORE ME THIS DAY OF
June 9, 2011

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8216-LRJ

**BOND RECOMMENDATION**

DEFENDANT: CARL DALE FULLER

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: EMALYN H. WEBBER

Last Known Address: 7221 Laedford Grove Lane

Wake Forrest, NC

What Facility:

Agent(s): S/A RICHARD MILLER, FBI
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
FBI
505 SOUTH 2ND STREET, FORT PIERCE, FL 34950

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-8216-LRJ

UNITED STATES OF AMERICA

vs.

CARL DALE FULLER,

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY: _____
                EMALYN WEBBER
                ASSISTANT UNITED STATES ATTORNEY
                Florida Bar No. 407501
                500 S. Australian Avenue, Suite 400
                West Palm Beach, FL 33401-6235
                Tel: (561) 820-8711
                Fax: (561) 820-8777
                Emalyn.Webber@usdoj.gov